AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.   2:16-mj-00810-NJK |
| DAVID R. RIVENBARK | ) | Charging District:   Eastern District of California |
| *Defendant* | ) | Charging District's Case No.   6:16-cr-00170-ORL-40DAB |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | MIDDLE DISTRICT OF FLORIDA - Orlando Division<br>401 West Central Boulevard<br>Orlando, FL 92801 | Courtroom No.:   AS ORDERED |
|---|---|---|
| | | Date and Time:   AS ORDERED |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:   December 15, 2016

*Judge's signature*

NANCY J. KOPPE, U.S. Magistrate Judge
*Printed name and title*



```
_X_ FILED        ___ RECEIVED
___ ENTERED      ___ SERVED ON
         COUNSEL/PARTIES OF RECORD

         DEC 15, 2016

     CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY: _____ DEPUTY
```